UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THE HARPAGON COMPANY, LLC,<br>    Plaintiff,<br>v.<br>FXM, P.C. d/b/a FRANK X. MOORE & ASSOCIATES, attorneys at law,<br>    Defendant. | Case No.<br>1:09-CV-1146-TWT-CCH |
| KEITH L. THOMPSON, as administrator of the Estate of Margo T. Thomas and as guardian for the minor child E.A.T., and DARREL K. THOMAS,<br>    Plaintiffs,<br>v.<br>HEARTWOOD 11, LLC; VESTA HOLDINGS I, LLC; VESTA HOLDINGS, INC; THE HARPAGON COMPANY, LLC; JOHN E. RAMSEY; ROBERT J. ROHRER; PATRICIA A. HUSSEY in her official capacity as Tax Commissioner of Clayton County, Georgia; ALEXANDER CLOUD, JR.; VERSHA V. CLOUD; and JOHN DOE-1 THROUGH JOHN DOE-5,<br>    Defendants,<br><br>FRANCIS X. MOORE and FXM, P.C.,<br>    Additional Parties. | Case No.<br>1:09-CV-1300-TWT-CCH |
| THE HARPAGON COMPANY, LLC,<br>    Plaintiff,<br>v.<br>FRANCIS XAVIER MOORE, CORNELIA MOORE, BANK OF ATLANTA, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., BRANCH BANKING & TRUST COMPANY,<br>    Defendants. | Case No.<br>1:09-CV-1319-TWT-CCH |

## NOTICE OF APPEAL

FXM, P.C. d/b/a Frank X. Moore & Associates, Francis X. Moore and Cornelia Moore hereby appeal to the United States Court of Appeals for the Eleventh Circuit from those certain Orders entered August 31, 2009 in the above referenced cases [Docket #s 24, 31, 42] adopting that certain Report and Recommendation of the Magistrate Judge [Docket #s 21, 27, 35].

Respectfully submitted, this 30th day of September, 2009.

FRANK X. MOORE & ASSOCIATES

_____
Frank X. Moore
Georgia Bar No. 519120

Attorneys for FXM, P.C., Francis X. Moore
and Cornelia Moore

1847 Peeler Road, Suite D
Atlanta, Georgia 30338
(404) 849-6176
fmoore@fxm-law.com

## CERTIFICATE OF SERVICE

I hereby certify that, as of the date indicated below, I have electronically filed this Notice of Appeal with the Clerk of Court using the CM/ECF system, which will send electronic notification to all participating attorneys of record including the following:

> Robert J. Proctor, Esq.
> Bradley A. Hutchins, Esq.
> John C. Clark, Esq.
> Proctor Hutchins
> 8010 Roswell Road, Suite 250
> Atlanta, Georgia 30350
> rproctor@proctorhutchins.com
>
> Susan L. Howick, Esq.
> Jonathan P. Rotenberg, Esq.
> Howick, Westfall, McBryan & Kaplan, LLP
> One Tower Creek, Suite 600
> 3101 Tower Creek Parkway
> Atlanta, Georgia 30339
> showick@hwmklaw.com
>
> Nancy H. Baugham, Esq.
> Cinnamon V. Davis, Esq.
> Parker, Hudson, Rainer & Dobbs, LLP
> 285 Peachtree Center Avenue, N.E.
> 1500 Marquis Two Tower
> Atlanta, Georgia 30303
> nbaughan@prhd.com
> cdavis@phrd.com

This 30th day of September, 2009.

_____
Francis X. Moore